## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KYLE J. FUNK | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | CASE NO. 25-10652-PMM |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that the attorney set forth below hereby appears as counsel for Members 1st Federal Credit Union, pursuant to 11 U.S.C. §1109(b), Rule 9010 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9010-1 for the United States Bankruptcy Court for the Eastern District of Pennsylvania. Kindly enter my appearance and index the same on the master mailing list.

MARTSON LAW OFFICES

Dated: 3/13/2025        By: /s/ Jessica L. Mitchell

Jessica L. Mitchell, Esq.
Attorney I.D. No. 311919
10 East High Street
Carlisle, PA 17013
Telephone: (717) 243-3341
Fax: (717) 243-1850
E-mail: jmitchell@martsonlaw.com
Attorney for Members 1st Federal Credit Union

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

| | |
|---|---|
| Debtor Counsel: | John M. Hyams, Esquire<br>jmh@johnhyamslaw.com<br>2023 N. 2nd Street<br>Harrisburg, PA 17102 |
| Chapter 13 Trustee: | Scott F. Waterman, Esquire<br>swaterman@readingch13.com<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 |
| U.S. Trustee: | Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

                                        MARTSON LAW OFFICES

Dated: 3/13/2025                    By: */s/ Jessica L. Mitchell*

                                        Jessica L. Mitchell, Esq.
                                        Attorney I.D. No. 311919
                                        10 East High Street
                                        Carlisle, PA 17013
                                        Telephone: (717) 243-3341
                                        Fax: (717) 243-1850
                                        E-mail: jmitchell@martsonlaw.com